

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-22-00279-CV

**IN THE INTEREST OF M.A.B.** and B.A.C., Children

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2021PA00574
Honorable Raul Perales, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE RIOS, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. Costs of appeal are not assessed against Mother because she qualifies as indigent.

SIGNED March 22, 2023.

_____
Irene Rios, Justice